FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

1:24-CV-1347   MAR 27 2024

KEVIN P. WEIMER, Clerk
By: Courtney [illegible] Deputy Clerk

Antonio Darnell Johnson
Clayton County Jail
9157 Tara Boulevard
Jonesboro, Georgia 30236
March 15, 2024  11:53am

To Whom it may concern: Judicial Officers,

My name is Antonio Darnell Johnson LE#0929538. I have taken upon myself to conduct the duties of a private investigator and am providing the courts with an accurate and up to date incident report and a formal report of the activities currently taken place in the jail. Those of which may be illegal and seriously effecting the lives of those incarcerated. Enclosed with this document I have given a report to my findings that obstructs the criminal justice and penal system. Everything enclosed in this document is true and accurate and if necessary I will disclose information and give names of those responsible for conditions, violations and inapropiations of the status of this organization. At the conclusion of my report, I ask the court to release me from police custody, close this jail permenantly, fire the entire administrative staff over seeing this operation and put in place new protocols for the entire Clayton County Police Department and award me with enough finances to restart my life as the court finds proable.(House, car, job etc.) Thank you for reviewing this document and please take this serious as the matter is serious.

# INCIDENT REPORT ON CLAYTON COUNTY JAIL

## Section I. Booking

1. The Clayton County Jail does have an existing classification procedure in place, and currently houses a mixture of inmates whereever bed space is available. Creating some very unusual circumstances for those incarcerated. Such as a shoplifter in the cell with murderah. Or a mentally ill patient housed with a sex offender.

2. The housing units are throughout jail entirely are the equivalent to a third world country. Mold, feces, asbestos, bed bugs, lice, rats, sewer water, toilet water are a part of the daily living conditions inside the jail.

3. Out of the 816 toilets for use in housing units throughout the entire building only approximately 204 toilets work properly to be used by 2,304 inmates. Of the 944 sinks only 236 sinks work properly. Of the 144 showers only 36 work properly.

4. Of the 144 showers enstalled, none of them have doors. The doors have been used in homemade weapontry.

5. The basement of the jail is flooded. The washing machines are out of service. Laundry hasn't been cleaned nor changed in three weeks dating back from Febuary, 21, 2024.

6. The jail is only designed to hold 1,536 inmates (2 per cell) no one on the floor. The jail currently houses 2,304 max (3 to a cell one on the floor). Then houses an additional 100 more inmates (on the floor in day room) Brining the maximum capacity to 2,404 intmates. A total of 864 inmates over populated.

7. None of the cell doors locked, and of the 768 cells in the building. At least 80 of the cells are out of service. Meaning unoccupied.

8. The jail staff is understaff. Having only one guard to watch 148 inmates in twelve hour shifts is risky.

9. The staff is not properly trained or prepared to handle emergencies such as inmate riots or serious fire outbreak which could result in the loss of human life.

10. All day everyday inmates are sleeping on the floor in the day room is unlawful.

## Section II. Health and safety

1. At no time during any time does the jail supply cleaning supplies to clean housing units or cells or day room areas. Ever!

2. As inmates are being booked in to jail, they are being supplied only with a dirty sheet, no towel, no socks or underwear or T-shirt because the basement is flooded.

3. The majority if not all inmates suffer from severe itching and scratching from rashes, bed bug bites and the exposure to mold and unsanitary living conditions.

4. The medical staff does not resolve medical issues they only do roll call but do not administered remedies to resolve medical complaints.

5. One out of every 3 cells leak water in some way or another whether it be the ceiling, floor, toilet or sink.

6. Every day room throughout the entire jail leaks water from one angle or another.

7. Haircuts are done spontaneous rather than per dorm per floor. All at once.

8. The kitchen food is always undercooked and served cold.

9. The jail has no blankets only sheets for new arrests.

10. Home made weapons are in length as big as two feet long and sharp.

11. The showers are not cleaned ever. Nor day room toilets.

12. Inmates throughout entire jail are forced to live and sleep in filth.

Section III Judicial Proceedings

1. Court appearances are set off thirty to forty five days from first appearance.

2. Public defenders do not communicate with clients at all. (Phone, email, video chat etc.)

3. Plea and arraignments have taken up to two years to resolve simple cases.

4. Misdeameanors are never given time served.

5. Cases lacking crucial evidence are never dismissed.

6. Prosecutors are granted continuances for up to five years.

7. Signature bonds are not administered at all.

8. Constitutional Rights 1-14 are all violated in some way or another.

9. Criminal cases are just piling up with no resolution to get people out of jail whatsoever.

2

Section III Administration

Those who witness these circumstances are Captain Grady, Lieutenant Cruz, Sgt. Haggins etc.

Section IV Conclusion

It is to my conclusion after my investigation and observation of this jail from a sixty day period beginning on January 11, 2024 until the present. That the Clayton Jail is not operating on a legal scale. Conducting unethical penal practices, tortueing inmates and overall the conditions of the jail and judicial treatment constitutes cruel and unusual punishment under O.C.G.A. 42-4-5 Cruelty to inmates. The conditions of detention, required safety and security measures and sanitation and health requirements have all failed inspection by myself and any other legal department.

The building itself is over capacitated and not up to code. The sheriffs office has to be in cohoots with the code enforcement, health department and the fire department in order to pass these inspections. Somewhere documents are being falsified in order to keep the building from being closed. The proper authorities needs to come down and discipline the current Sheriff and his administration for the deplorable standards they are currently forcing inmates to live in. The current conditions of the jail violates human rights and civil rights laws of the United States and the good laws of the state of Georgia. Therefore I am asking the courts to charge the Sheriff and his administration and release those from custody as the law permits. Set a court date for the Sheriff and his administration to answer to the charges and bring the building up to code in a timely fashion otherwise close for repairs.

Thank you for reviewing my report. Please forward this to the proper authorities for review.

Antonio Darnell Johnson
LE#0929638 Cell #5208
9157 Tara Boulevard
Jonesboro, Georgia 30236

*Antonio Johnson*

March 15, 2024 3:53pm

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 27 2024

KEVIN P. WEIMER, Clerk
By: _____ Clerk

IN THE UNITED STATES DISTRICT COURT OF FULTON COUNTY
STATE OF GEORGIA

1:24-CV-1347

Antonio Darnell Johnson
Inmates of Clayton County
Petitioner(s) vs

Levon Allen, Clayton County
Police Department,
Clayton County Sheriff
Department
Respondant(s)

Complaint No. _____

Honorable Judge John Goger

Ga Code 42-4-5 Cruelty to inmates

COMES NOW, Antonio Darnell Johnson on behalf of the inmates of Clayton County to file this petition under O.C.G.A. 42-4-5 Cruelty to inmates having cited that the Clayton County Jail, the Clayton County Police Department and the Clayton County Sheriff's Office are in violation of Georgia Codes 42-4-31 Required safety and security measures, Section (a)(2)(b)(2)(c), 42-4-32 Sanitation and health requirements (a)(b)(c)(d), 42-4-5 Cruelty to inmates (a)(b) and Georgia Code 42-4-4 Duties of sheriff as to jail inmates (a)(1)(2)(3)(b)(c) and asks the court to grant the relief set throughout this petition being that the facts mentioned are both true and correct being within the proper guidelines for filing in a timely fashion during the proper terms of court asking the courts to provide or administer such a relief entitled by the good laws of the United States and the State of Georgia.

WHEREFORE, the petitioner(s) shows the court the following:



## Writ of Mandamus

General public exposed to world's largest airport may be exposed to or carriers of a plethora of pathogens, virus etc. Such as the recent global pandemic involving covid-19. It is of the upmost importance that those responsible for the care and safety of inmates and general public observe basic sanitation procedures daily. Currently the inmates are forced to live in deplorable conditions, filthy enviroments such as exposure to bodily fluids such as vomit, spit, urine, feces, mucous, blood, semen and other excrements, on walls and surfaces in the day room common areas, cells, phones, railing which visibly are covered with before mentioned substances. Most inmates are not given a means to sanitize or clean any of these surfaces nor does any employee or staff clean any of these surfaces whatsoever on a routinely basis. Some surfaces have not been cleaned in months and years. Housing Unit 5-2 has one of three showers working, most toilets in dorm do not flush, the majority of the sinks do not work and several cells flood routinely.

Whereas inmates are exposed to raw sewage water inside cells and dry room ceiling fixtures visibly coated with layers of mold on the walls and ceiling. Inmates have also been subjected to several hair lice outbreaks throughout the jail, continuing bed bug infestation whereas jail officials fail to put in place procedures utilized in penal facilities such as showering booked in inmates providing soap and shampoos that kills external parasites as bed bugs and lice.

(2)

## Health and Safety Requirements

Detention institutions are required to exert health care needs to inmates which include but are not limited to diabetes, high blood pressure, hypertension, heart disease common health disorders, such as mental illness, emotional disorders, handicapp etc. That inmates should be categorized and housed according to their medical evaluation. Housing moderate to severly mentally ill and criminally insane such as murder with those that are non violent charges and minor infractions such as trespassing, suspended license, criminal damage to property etc. The jail itself is understaffed disabling them from governoring the capacity of inmates detained in the facility. Likewise making it difficult to complete tasks such as the cleaning and exchanging of linen and jumpsuits contributes to the unsanitary living conditions (bedbugs and lice). In addition to the safety requirements inside the facility all the shower doors have been dismantled and used for homemade weapontry used in several incidents of inmates stabbing resulting in the death of several inmates. The staff itself does not practice safety protocols lacking knowledge of what to do in case of an emergency such as a fire outbreak risking the lives of those incarcerated and detained throughout the facility the jail lacks the funding to adequately treat mentally ill patients, HIV positive inmates, deaf inmates, handicapp inmates and the visionly impaired. The jail intercom system also fails to provide adequate usage in cases of an emergency. The judicial system also violates constitutional amendmants 1, 5, 6, 7, 8 denying inmates due process of law and ineffective assistance of counsel by delaying court appearances beyond the statues of limitations set out by O.C.G.A. 17-7-170 setting off court appearances for months at a time.

## Relief

Furthermore the petitioners seeks the following relief for or as it relates to the infractions mentioned throughout this petition as follows

1. Immediate court date and resolution of cases for all petitioners who signed this document.

2. $1,000,000.00 in cash or check to all petitioners.

3. Full state regulated meals, hot trays and fruit served not just veggies.

4. Dismissal of any and all pending criminal charges.

5. Free health screens and remedies administered.

6. Reception of all mail privileges from local and government authorities.

7. Clean linen and jump suits twice a week (Monday and Wednesdays).

8. Regular recreation, physical exercise on the yard.

9. Reduced commissary prices.

10. Regular attorney visits, phone calls, email etc.

11. Access to the law library with adequate usage.

12. To use the outside recreational yard call.

## Signatures of Petitioners

1. Antonio Johnson LE#0929538 Housing Unit 5-2 Cell 5207
2. Darien Sugrey   Darien Sugny
3. Joshua Calvin LE#2292921  Joshua L. Cal
4. Mario Walker LG# 2274444  x Mario Walker   CELL-5202
5. Markel Darden   LE#1285149  x Markel Darden
6. Trey Boykin   LE#878201  x Trey Boykin
7. Rashad Stinson  LE#1721536  x R. Stinson
8. Ronald White         Ronald White
9. Michael Wilson           GDC 1002933420
10. Joshua Moses Irvin   Joshua Irvin
11. Omarion Williams    2169127
12. DaeShawn Jackson #2275924
13. West, Kenyon   2058312
14. Dontrell Johnson   0845986
15. Arica Thomas  0672432
16. Leon Parker  2169129
17. Darius Mack D'lace  1386716 LE#
18. Lo Holley   2299308
19. Hubert Dudley  2277196
20. Eody Juarez Pana  2287616
21. Rashad Fagan   2105358  Rashad Fagan
22. Matthew Childs   1169745  x Matthew Childs
23. Khary Burres
24. Eric Moseley

# Certificate of Service

I hereby certify that the following petition for <u>Georgia Code 42-4-5 Cruelty to inmates</u> with a copy being served upon the respondants with the proper postage affixed this <u>14th</u> day of <u>March</u>, <u>2024</u>.

Parties Served:

Antonio Darnell Johnson
LE#0929538 Housing Unit 5-2
9157 Tara Boulevard
Jonesboro, Georgia 30236

Levon Allen
9157 Tara Boulevard
Jonesboro, Georgia 30236
Clayton County Jail

Michelle Lord
Office of the Public Defender
6525 Professional Place
Riverdale, Ga 30274

The Honorable Judge Carter
9151 Tara Blvd. Room 1 CL19
Jonesboro, Georgia 30236
Superior Court Clerk

This <u>14th</u> day of <u>March</u>, <u>2024</u>.

*Antonio Darnell Johnson*
Antonio Darnell Johnson
LE#0929538 Housing Unit 5-2
9157 Tara Boulevard
Jonesboro, Georgia 30236